# UNITED STATES OF AMERICA
# V.
# JULIUS LEE TURRENTINE

# CR-12-01-HE

# ATTACHMENT 1

# PHYSICAL EVIDENCE

Trooper Painter Audio and Video Recording of Defendant's Stop