IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )<br>vs.                           )<br>                              )<br>JULIUS LEE TURRENTINE,        )<br>                              )<br>            Defendant.        ) | No. CR-12-0001-01-HE |

## VERDICT FORM

We, the jury, duly impaneled and on our oaths, find as to defendant Julius Lee Turrentine on the charge of conspiracy to possess with intent to distribute, and to distribute, a mixture or substance containing a detectable amount of cocaine powder, in violation of Title 21, United States Code, Section 846:

Guilty __X__            Not Guilty _____

**Answer the following question only if you found defendant Julius Lee Turrentine guilty of the crime charged.**

If you have found defendant Julius Lee Turrentine guilty of the offense of conspiracy to possess with intent to distribute, and to distribute cocaine powder, you must indicate the quantity or weight of cocaine powder which you find beyond a reasonable doubt was involved in the conspiracy from and after the date that defendant became a member of the conspiracy.

Having found defendant Julius Lee Turrentine guilty, we the jury make the following finding:

__X__    5 kilograms or more of a mixture or substance containing a detectable amount of cocaine powder

_____    500 grams or more, but less than 5 kilograms, of a mixture or substance containing a detectable amount of cocaine powder

Verdict Form - Page 1

| | |
|---|---|
| _____ | less than 500 grams of a mixture or substance containing a detectable amount of cocaine powder |

Dated this __13__ day of March, 2012,

                                                 *[signature]*
                                                 FOREPERSON

                                                 *Justin Jennings*

**Verdict Form - Page 2**